# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI



Pamela ABBOTT-Brooker )
Plaintiff )
)
)
vs. )
DAllas County Sheriffs Department )  Case No. 6:26-cv-03437-MBB
DONAId M. Brown )
Defendant )
)
)

## APPLICATION FOR LEAVE TO FILE ACTION
## WITHOUT PAYMENT OF FEES
## WITH AFFIDAVIT OF FINANCIAL STATUS IN SUPPORT

I state that I am unable to pay the fees to file an action against the defendant(s) in this case

and that the actions of the defendant(s) have harmed me.

Attached is my Affidavit of Financial Status in support of my application to the court for

leave to file a civil action without payment of costs.

Paml abbott Brook
Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SPRINGFIELD DIVISION

CASE NUMBER_____

ASSIGNED TO JUDGE_____

## SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker declare under penalty of purjury under laws of the United States of America,pursuant to 28.U.S.C $ 1746, that the
foregoing: *Application for leave to file Without payment or fees*
, imcluding all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information,

and abiliity.\

Executed in Marshfield, Missouri on this 27th day of July, 2026

SIGNED: *Pamela Abbott Brooker*

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146     Email : cme2cequid@gmail.com

## CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rules of Civil procedure,5(d), that a true and correct copy of the foregoing
*Application For leave to file Without Payment or fees*
along with all supporting emergency motions will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts. *Pamela Abbott-Brooker July 27-2026*

1. Counsel for sellers: Donald M. Brown, Attorney at Law, via his Email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department Civil Division at their email address : via Sheriff Rich Myers email address : rmyers@dcsomo.com

SIGNED : Pamela Abbott-Brooker,

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146     Email Address : cme2cequid@gmail,com

PAMELA ABBOTT-BROOKER
           Plaintiff                 CASE NUMBER_____

      v.

DALLAS COUNTY SHERIFF'S DEPARTMENT,
DONALD M. BROWN, ET AL
           Defendants

THE HONORABLE JUDGE_____

PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS PURSUANT
TO 28 U.S.C. $ 1915

Comes now the Plaintiff, Pamela Abbott-Brooker, appearing self-represented (Pro
Se ) , and respectfully moves this court for an order waiving the standard federal
civil filing fees and costs pursuant to 28 U.S.C. $ 1915.

In support of this application, Plaintiff declares under oath as follows:

1. Financial Hardship: Plaintiff is a currently displaced senior citizen recovering
from an active medical emergency, head injury and physical injuries caused by the
Defendants physical assault on July 9, 2026.

2. Current Income: Due to the illegal lock-out, property seizure, and physical
incapacitation, Plaintiff is unable to earn standard wages and has cash reserves
limited solely to immediate fuel costs to remain in a safe location.

3. Inability to pay: Because of these extreme emergency circumstances and the loss
of access to her land, Plaintiff cannot afford to pay the standard $405. filing fee
without depriving herself of basic food and shelter.

4. Good Faith Claims: Plaintiff's underlying Civil Rights Complaint brings
meritorious constitutional claims under 42 U.S.C. $1983 regarding police brutality,
federal mail theft, and illegal livestock deprivation.

1

WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion to Proceed in Forma Pauperis, waive the filing fees, and permit this action to proceed on a clean slate without delay.

### SWORN DECLARATION IN LIEU OF NOTARIZATION

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. $1746, that I am the Plaintiff in this action, that I cannot pay the costs of these proceedings, and that the financial facts stated above are true and correct.

Executed in Marshfield, Missouri on this day 24th day of July, 2026

Signed: *Pamela Abbott Brooker*

### CERTIFICATE OF SERVICE

*Private Information of Plaintiff*

*X See Notary Attached on Affidavit of financial status Executed July 24, 2026*

Pamela Abbott-Brooker
185 Corkery Road, Lebanon, Missouri 65536
Telephone Number: (417) 322-4146   Email Address: cme2cequid@gmail.com

2

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SPRINGFIELD DIVISION

CASE NUMBER_____

ASSIGNED TO JUDGE_____

## SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker declare under penalty of purjury under laws of the United States of America,pursuant to 28.U.S.C $ 1746, that the foregoing: _Motion To proceed IN forma PAuperis_

, imcluding all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information,

and abiliity.\

Executed in Marshfield, Missouri on this 27th day of July, 2026

SIGNED: _Pamela Abbott-Brooker_

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email : cme2cequid@gmail.com

### CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rules of Civil procedure,5(d), that a true and correct copy of the foregoing
_Motion To Proceed forma PAuperis_

along with all supporting emergency motions will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts.

1. Counsel for sellers: Donald M. Brown, Attorney at Law, via his Email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department Civil Division at their email address : via Sheriff Rich Myers email address : rmyers@dcsomo.com

SIGNED : Pamela Abbott-Brooker, _Pamela Abbott-Brooker_ _July 27-2026_
185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email Address : cme2cequid@gmail,com