# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

Pamela Abbott-Brooker )
Plaintiff )
)
Dallas County Sheriffs' Department )   Case No. 6:26-cv-03437-MBB
Donald M. Brown et al. )
Defendant )

## AFFIDAVIT OF FINANCIAL STATUS

I, Pamela Abbott-Brooker, declare that I am the plaintiff in this case, that because of my poverty I am unable to pay the costs of these proceedings, and that I believe I am entitled to relief.

I further swear that the responses which I have made to the questions below and the information I have given relating to my ability to pay the costs of commencing and prosecuting this action are true.

### I.   MARITAL STATUS AND PERSONAL DATA

A.   Single: ☐   Married: ☐   Separated: ☐   Divorced: ☒

B.   Name of Spouse  Steve Witmond

C.   Age of plaintiff, petitioner or complainant: 67 (7-25-1959)

D.   Age of spouse: 70 ?

E.   Address of plaintiff, petitioner or complainant:

185 Corkery road, lebANon, Missouri 65536

Telephone: (417) 322-4146

F.   Address of spouse: UnknowN

Telephone: UnknowN

G. State name or names of dependents who live with you, their age, address, relationship, and how much of their monthly support you provide:

*Lives Alone, no dependoants*

## II. EMPLOYMENT

A. Name of employer: *Un-employed*

Address of employer:_____

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income: Monthly $_____ Weekly $_____

Gross Income: Monthly $_____ Weekly $_____

Does employer provide health insurance: Yes ☐ No ☐

If employer provides health insurance, describe coverage:_____

B. Previous employment (Answer only if presently unemployed).

Name of employer: *white River marine \ Bass pro*

Address of employer: *1500 Maple Lane, Lebanon, missouri*

Employer's telephone: *(417)-588-4181* Length of employment: *2 years*

Job title or description: *Boat Assembly*

Net Income: Monthly $*2,600* Weekly $*700 ?*

Gross Income: Monthly $*3,200 ᵢ* Weekly $*800. ?*

C. Employment of spouse:

Name of employer: *WhiteRiver/Bass pro*

Case 6:26-cv-03437-MBB    Document 1-1    Filed 07/27/26    Page 2 of 7

Address of employer: N/a

Employer's telephone:_____ Length of employment:_____

Job title or description:_____

Net Income:     Monthly $_____     Weekly $_____

Gross Income:   Monthly $_____     Weekly $_____

**III. FINANCIAL STATUS**
(Answer questions on behalf of both the plaintiff, petitioner or complainant and spouse).

A.  Owner of real property?   Yes ☒   No ☐

If yes - Description: CooTTACT for peed Since 2016

Address: 185 Corkery Road, lebANon, Missouri 65536

In whose name? C. wAyne Thomas And Doris M. Thomas.

Estimated value: $ 350,000

Total amount owed: $/09,000

Owed to: C. wAyne Thomas And Doris M. Thomas

Annual income from property: Zero

B.  Owner of automobile:   Yes ☒   No ☐

If yes - Number of automobiles owned: One

Make Ford   Model F-350   Year 1999

Make_____   Model_____   Year_____

In whose name registered? PAmela Abbott-Brooker

Present value: $ 6,000 - $10,000

Amount owed on the automobile(s): $600 - privAte loaN

Owed to: HuDSoN feed CompAny, LebANon Missouri

Monthly payment(s): As cAn pay

Case 6:26-cv-03437-MBB    Document 1-1    Filed 07/27/26    Page 3 of 7

C.    Cash on hand: (Include checking and savings accounts)

$ _42.00_

List names and addresses of banks and associations:

Please do not state account numbers:
*Heritage bank of The OZArks*

D.    Have you received within the past 12 months any money from any of the following sources:

| | Yes | No |
|---|---|---|
| Rent payments, interest or dividends: | ☐ | ☒ |
| Pensions, trust funds, annuities or life insurance payments? | ☐ | ☒ |
| Gifts or inheritances? | ☐ | ☒ |
| Welfare payments? | ☐ | ☒ |
| ADC or other governmental child support? | ☐ | ☒ |
| Unemployment benefits? | ☐ | ☒ |
| Social Security benefits? | ☐ | ☒ |
| Other sources? | ☒ | ☐ |

E.    If the answer to any item in D above was "Yes", describe each source of money and state the amount received from each during the past 12 months:

*Sale of Personal belongings - Average of $300. month*
*Charity - Help from friends, in past year, approx.*
*$4,000 - 5,000*

## IV.   OBLIGATIONS

A.    Monthly rental on house or apartment:_____

B.    Monthly mortgage payments on house: *$1,000*

Amount of equity in house: *Over $135,000 when House*
*F built in 2019 in included = $205,000*
*(K70$)*

Page 4

C. Monthly mortgage payments on other properties: $ _N/A_

Amount of equity in other properties: $_N/A_

D. Household expenses:

Monthly grocery expense: _EBT - food ASSISTAnce_

Monthly utilities:

Gas: _Propane $60.00_

Electric: _generator $300 per month_

Water: _generator opperated $300 per month_

Other: (Specify) _Lampoil, battries, $15.00 per month_

E. Other debts and miscellaneous monthly expenses:

| TO WHOM OWED AND FOR WHAT REASON INCURRED? | MONTHLY PAYMENTS | BALANCE DUE |
|---|---|---|
| Hay Credit | AS CAN | 3,500 |
| Loan on truck | AS CAN | $600 |
| Hay credit - others - | PAST DUe | $800. |
| Help / loans from friends | AS CAN | $6,000 |
| Howerton Veternary, Lebanon. | PAY each mo, | $250 |
| | | |
| | | |

## V. OTHER INFORMATION PERTINENT TO FINANCIAL STATUS
(Include information regarding stocks, bonds, savings bonds, either individually or jointly owned).

Since 2025 and 2026, I have sold my personal belongings.

Case 6:26-cv-03437-MBB    Document 1-1    Filed 07/27/26    Page 5 of 7

I understand that a false statement or answer to any question in this affidavit will subject me to penalties of perjury.

_Pamela Abbott Brooker_
Signature of Plaintiff

July 27-2026

## VERIFICATION

State of _Missouri_ )
)
County of _Dallas_ )

I, being first duly sworn under oath, state that I know the contents of this affidavit and that the information contained in the affidavit is true to the best of my knowledge and belief.

X _Pamela Abbott Brooker_

_Pamela Abbott Brooker_
_PAMELA Abbott -Brooker_
Signature of Plaintiff or Plaintiffs

**All parties must verify**

SUBSCRIBED AND SWORN TO before me this 24th day of _July_, 20 26

_Sarah King_
Notary Public

_March 3, 2030_
My Commission Expires

SARAH KING
Notary Public - Notary Seal
STATE OF MISSOURI
Webster County
My Commission Expires Mar. 3, 2030
Commission #22170580

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SPRINGFIELD DIVISION

CASE NUMBER_____

ASSIGNED TO JUDGE_____

### SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker declare under penalty of purjury under laws of the United States of America,pursuant to 28.U.S.C $ 1746, that the foregoing: _Affidavit of FINANCIAl STATUS_

, imcluding all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information,

and abiliity.\

Executed in Marshfield, Missouri on this 27th day of July, 2026

SIGNED: _Pamela Abbott Brooker_

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email : cme2cequid@gmail.com

### CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rules of Civil procedure,5(d), that a true and correct copy of the foregoing

_Affidavit of finAnual STATUS_

along with all supporting emergency motions will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts.

1. Counsel for sellers: Donald M. Brown, Attorney at Law, via his Email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department Civil Division at their email address : via Sheriff Rich Myers email address : rmyers@dcsomo.com

SIGNED : Pamela Abbott-Brooker, _Pamela Abbott Brooker_  _July 27-2026_

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email Address : cme2cequid@gmail,com