# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN    DIVISION

Pamela Abbott-Brooker

Self-Represented Party

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

SEE ATTATCHED

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 6:26-cv-03437-MBB

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☐ Yes ☒ No

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Pamela Abbott-Brooker |
| Street Address | 185 Corkery Road |
| City and County | Lebanon, Dallas County |
| State and Zip Code | Missouri 65336 |
| Telephone Number | (417) 322-4146 |
| E-mail Address | cme2cequid@gmail.com |

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | SEE ATTATCHED |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | SEE ATTATCHED |
| Job or Title (if known) | |
| Street Address | |
| City and County | |

2

# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MISSOURI, SPRINGFIELD

# COMPLAINT FOR A CIVIL CASE

Attachment of the full list of the names of all the Defendant's

1. C.Wayne Thomas. A United states citizen. Individual.

2. Doris M. Thomas A United states citizen. Individual.

3. Donald M. Brown. A United states citizen. Individual.

4. Dallas County Deputy Sheriff: Rich Myers. A United states citizen. Individual.

5. Dallas County Deputy Sheriff: LT. Cadet ( Spelling ?) A United states citizen. Individual.

6. Dallas County Deputy Sheriff : name  Unknown Deputy Sheriff on  physical assault to Plaintiff July 06,2026 (Badge # 143 ?) A United states citizen. Individual.

(                    al.

8. DALLAS County Sheriff Detective Reed Badge number :

<table>
<tr><td>State and Zip Code</td><td>_____</td></tr>
<tr><td>Telephone Number</td><td>_____</td></tr>
<tr><td>E-mail Address<br>(if known)</td><td>_____</td></tr>
</table>

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☑ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C. $1983
_____
_____
_____

☐ Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

_____
_____
_____

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A.    The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B.    The Defendant(s)

1.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

2.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.    The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

In excess of Three million Dollars for All Reasons Stated on page 5 of this Civil cover Sheet, And emergency TRO.

## III.    Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

- What injuries did you suffer?

- Who was involved in what happened to you?

4

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Physical 1, physical Assault to plaintiffs
2. Forged Contract for Deed
3. Illegal Writ of possession + Eviction
4. for Threats And Harrasment of Defendants
5. Cruelty + Starvation of plaintiffs' Horses
6. for illegal impound, Using the Humane Society of Missouri As their proxy
7. for Using the Sheriffs Department To illegally evict, Assault, Harrass plaintiff
8. for On-going Immediate Threats To impound more Horses, Three Already Impounded.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Damages In excess of Three million dollars for Fraudulent/Forged contract for Deed, for illegal Writ of possession, for physical Assault To plaintiff by Dallas county sheriffs To Issue an emergency STAY

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

Yes ☑        No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑        No ☐

Do you claim punitive monetary damages?

Yes ☑        No ☐

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

Claim In excess of Three Million Dollars for All Hospital Debts Arising from Assault, for return of impounded Horses, for 100% loss of income based on forged Contract for Deed, for Two years Lack of Due process For Trauma, pain + suffering by All Defendants.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk' s Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk' s Office may result in the dismissal of my case.

Date of signing: __27__ , 20 _26_

Signature of Plaintiff        _Pamela Abbott-Brooker_

Printed Name of Plaintiff   _Pamela Abbott-Brooker_

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MISSOURI

### SPRINGFIELD DIVISION

CASE NUMBER_____

ASSIGNED TO JUDGE_____

### SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker declare under penalty of purjury under laws of the United States of America,pursuant to 28.U.S.C $ 1746, that the
foregoing: *Civil Cover Sheet*

, imcluding all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information,

and abiliity.\

Executed in Marshfield, Missouri on this 27th day of July, 2026

SIGNED: *Pamela Abbott-Brooker*

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email : cme2cequid@gmail.com

### CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rules of Civil procedure,5(d), that a true and correct copy of the foregoing
*Civil Cover Sheet*

along with all supporting emergency motions will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts. *x Pamela Abbott-Brooker July 27 2026*

1. Counsel for sellers: Donald M. Brown, Attorney at Law, via his Email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department Civil Division at their email address : via Sheriff Rich Myers email address : rmyers@dcsomo.com

SIGNED : Pamela Abbott-Brooker,

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email Address : cme2cequid@gmail,com

# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MISSOURI- SPRINGFIELD DIVISION-

## CIVIL COMPLAINT FORM

Pamela Abbott-Brooker

Plaintiff                                    CASE NUMBER:_____

v.

Dallas County Sheriff's Department,

Donald Brown, et al,

Defendants

## CIVIL RIGHTS COMPLAINT UNDER 42 U.S.C.$ 1983

1. THE PARTIES: Plaintiff , Pamela Abbott-Brooker, is a senior citizen residing at 185 Corkery Road, Lebanon, Missouri 65536 , in Dallas County, Missouri,

2. Defendant Dallas County Sheriff's Department is a local law enforcement agency operating under the Color of State Law in Buffalo, Missouri.

3. Defendant, Donald M. Brown is a licensed private attorney operating as an officer of the court and a willful participant in a civil conspiracy with county officials.

4. Donald M. Brown is the attorney for C.Wayne Thomas and Doris M. Thomas who operate as willful participants in a civil conspiracy with county officials and their attorney, Donald M. Brown

## 11. BASIS FOR JURISDICTIONAL & CAUSES OF ACTION :

5. Federal Question Jurisdiction: This action arises under 42 U.S.C. $ 1983 for violations of Plaintiff's rights protected by the Fourth and Fourteenth Amendments to the United States Constitution.

6. Fourth Amendment violation: Defendants executed an extrajudicial lockout and used physical force against Plaintiff on a Public Road without a valid, and final execution mandate.

7.Fourteenth Amendment Violation: Defendant's deprived Plaintiff of her land, approximately $30,000 in personal property, and livestock without a proper final judgment or formal legal notice.

8.Federal Criminal Statutes Broken: Defendants violated 18 U.S.C. $1705 (Theft of Mail Boxes ) and 18U.S.C. $ 1702 (Obstruction of correspondence ) by physically stealing Plaintiff's Mail Box to intercept Federal Court Mail and defeat Due Process.

9.Missouri Supreme Court Rule 74.01. (a): On July 6, 2026, the Missouri Court of Appeals confirmed the underlying state eviction layout lacked a final judgment, rendering all subsequent Writs completely void as a matter of law.

10.Mo. Rev. Stat. $ 578.009 & 578.012: Defendants committed statutory animal neglect and cruelty by intentionally withholding food and water form Plaintiff's senior livestock.

111 STATEMENT OF FACTS IN SUPPORT OF COMPLAINT:

11. For approximately two years, Defendants have engaged in ongoing civil conspiracy to unlawfully deprive Plaintiff of her land through unauthorized enforcement actions.

12. On July 9,2026, Plaintiff Called the Missouri State police in Buffalo Missouri in order to have the State Police meet her on the subject property in order that the policeman do a welfare check-walk-in on the farm, to explicitly check the welfare of Plaintiff's Horses, two dogs, trapped inside the home, in crates, while Plaintiff remained outside the gate on the public county road, Corkery road. Despite being notified that the eviction and writ of possession was unauthorized by law, individual Deputies of the Dallas County Sheriff's Department used excessive physical force against Plaintiff on a public roadway.

13. The physical assault by Defendants resulted in Plaintiff being hospitalized twice in the Emergency room for a diagnosed Head injury, hematomas, cuts and bruises, and severe wrist trauma.

14.following the assault, Defendant locked Plaintiff out of her property, unlawfully seized approximately $30,000 in personal belongings, ( her sole vehicle, and horse trailer) and left Plaintiff Homeless.

15. On Friday, July 17, 2026, Plaintiff provided copies of this Federal Civil rights action directly to Attorney Donald M. Brown and the Dallas County Sheriff's Department via email notice.

16. On Saturday, July 18th 2026, in direct retaliation for filing this federal action, Defendants used Humane society as a proxy to execute an illegal, non-final seizure of three of the Plaintiff's horses, including an elderly 30 year old pony mare.

17. Prior to the seizure, Defendants actively withheld food and water from the horses, resulting in the collapse of Plaintiff's Appaloosa Stallion on July 19, 2026, which was photographed by a neighbor.

18. On Monday, July 20, 2026, Detective Reed of the Dallas County Sheriff's Department called, by his private phone number, the Plaintiff to inform Plaintiff that he had a document to give to her. Reed did not explain what the document was. He stated that he was willing to meet Plaintiff anywhere, and drive to wherever Plaintiff was, as Plaintiff stated that she was out of Dallas County for her own safety. Detective Reed made threats to Plaintiff that the Dallas County Sheriff's would not mail Plaintiff this alleged Document because Plaintiff had no address at 185 Corkery Road, and Detective Reed stated that if Plaintiff was seen driving on the Public County road, that she would be arrested for Criminal trespass immediately.

19. on July 20, 2026, Defendants escalated their harassment by physically tearing down and stealing Plaintiff's Mail box from it's post to intercept Federal Court Communications.

20. To date, Defendants and their proxies actively refuse to return Plaintiff's Emergency phone calls or disclose the physical location, health status or sustenance records of the seized livestock, and the health status, and sustenance records of the remaining horses, two dogs, and one cat remaining on the subject property, in direct violation of Mo.Rev.Stat. $ 270.170.

1V. PRAYER FOR RELIEF: (Demand for Damages):

WHEREFORE, Plaintiff respectfully demands judgment against Defendants and requests the following relief.

3

COMPENSATORY DAMAGES in excess of $1,000,000.00 ( One million dollars ) for physical assault, severe medical trauma, lock out, and property deprivation.

PUNITIVE DAMAGES: In excess of $2,000.000.00 ( Two million dollars ) to punish Defendants for malicious civil conspiracy, Federal Mail theft, and intentional starvation of senior livestock.

INJUNCTIVE RELIEF: An immediate order restoring Plaintiff's physical access to the subject property and the unconditional return and health verification of all horses, two dogs, and one cat.

## V. DECLARATION STATEMENT UNDER PENALTY OF PERJURY

I ,Pamela Abbott- Brooker declare under penalty of perjury under laws of the United States of America, pursuant to 28 U.S.C. $1746, that the foregoing Civil Rights Complaint, including all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information, and belief.

Executed in Marshfield, Missouri on this 24th day, 2026

SIGNED : _Pamela Abbott-Brooker_____

### CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rule of Civil Procedure, 5 (d), that a true and correct copy of the foregoing Civil Rights Complaint, along with all supporting Emergency Motions, will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts.

1. Counsel for the Sellers: Donald Brown, Attorney at Law,  via email at
   ___dhhlawfirm@gmail.com___
2. Counsel for the County : Dallas County Sheriff's Department Civil Division
   via administrative email at :  rmyers@dcsomo.com_____
   SIGNED : _____Pamela Abbott-Brooker_____
   Dated :July 24,2026

Pamela Abbott- Brooker

4

185 Corkery Road, Lebanon, Missouri, 65536
Telephone Number: (417) 322-4146
Email Address : cme2cequid@gmail.com

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SPRINGFIELD DIVISION

CASE NUMBER _____

ASSIGNED TO JUDGE _____

### SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker declare under penalty of purjury under laws of the United States of America,pursuant to 28.U.S.C $ 1746, that the foregoing: _Civil Rights Complaint Under 42 USC 1983_

, imcluding all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information,

and abiliity.\

Executed in Marshfield, Missouri on this 27th day of July, 2026

SIGNED: _Pamela Abbott-Brooke_

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email : cme2cequid@gmail.com

### CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rules of Civil procedure,5(d), that a true and correct copy of the foregoing

_Civil Rights Complaint Under 42 USC 1983_

along with all supporting emergency motions will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts. Y _Pamela Abbott Brooke JUY 27 -2026_

1. Counsel for sellers: Donald M. Brown, Attorney at Law, via his Email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department Civil Division at their email address : via Sheriff Rich Myers email address : rmyers@dcsomo.com

SIGNED : Pamela Abbott-Brooker,

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email Address : cme2cequid@gmail,com