# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MISSOURI

# SPRINGFIELD DIVISION

CASE NUMBER_____

EXHIBIT



Dallas County Sheriff Office                                    June 26,2026

Buffalo, Missouri


FORMAL NOTICE TO THE DALLAS COUNTY SHERIFF.

TO: The Sheriff of Dallas County, Missouri

Civil Process\ Execution Department. 204 S. Poplar Street.

Buffalo, Missouri. 65622

RE: Notice of Nullity of Writ and lack of final judgment.

Trial Court Case number: 24DA-CC00017

Appellate Case number: 39599 (Missouri Court of Appeals, Southern District)

Subject Property Address: 185 Corkery Road, Lebanon, Missouri 65536


Dear Sheriff of Dallas County and Civil Process Deputies,

I am writing to provide your department with formal, written notice regarding a binding legal determination issued by the Missouri Court of Appeals, Southern District, which completely strips any legal authority to execute a physical eviction or writ of possession  against my home and subject property located at 185 Corkery Road, Lebanon, Missouri 65536.

On June 23,2026, the Missouri Court of Appeals officially reviewed this matter and issued an order dismissing the Appellate file because the trial court's underlying entries completely fail to constitute a final, compliant judgment under Missouri Supreme Court Rule 74.01 (a)

Under long-standing Missouri law, a Sheriff's department completely lacks the legal authority to execute a physical eviction, remove livestock, or enforce a writ of possession unless a final, valid legal judgment exists on the record.

Because the Higher Court of Appeals has ruled that no such judgment exists, any active or pending writs of execution issued by the trial court in this matter are facially void, legally dead, and unenforceable

1

Please find attached the official printout of the Southern District Court of Appeals June 23,2026 order from the Case Net database, and the order I received from the Southern Missouri Appellate Court on June 25, 2026.

Executing a physical eviction based on a non-compliant order that a higher Court has already declared legally incomplete exposes all participating parties to severe civil liability for unlawful eviction and violations of Constitutional due process.

I respectfully request that your civil process department immediately halt and stay any planned eviction actions, communicate with your legal counsel, and mark this file as legally stayed pending further lawful adjudication by a court of proper jurisdiction.

Sincerely ; Pamela Abbott-Brooker

X _Pamela Abbott-Brooker_ Dated: June 26,2026

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri, 65536

Telephone number: (417) 322-4146

Email Address: cme2cequid@gmail.com

2

Case 6:26-cv-03437-MBB   Document 1-3   Filed 07/27/26

From:

PAMela ABBoTT Brooker

185 Corkery Road

Lebanon, Missouri
    65536

CASE NO  24DA-CC00017
'Execution'

To:

The Chief Sheriff

DALLAS County, Buffalo, Missouri

ATTENTION: "Thank-you"

Please Include This Sow. Appeals Document

Delivered Today:
June 27-1026

W/ My Letter

# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF MISSOURI

## SPRINGFIELD DIVISION

CASE NUMBER_____

ASSIGNED TO JUDGE_____

## SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker declare under penalty of purjury under laws of the United States of America,pursuant to 28.U.S.C $ 1746, that the
foregoing: _Exhibit A · Formal Notice To Dallas County Sheriffs Department._
, imcluding all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information,

 and abiliity.\

Executed in Marshfield, Missouri on this 27th day of July, 2026

SIGNED: _Pamela Abbott Brooker_____

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email : cme2cequid@gmail.com

## CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rules of Civil procedure,5(d), that a true and correct copy of the foregoing
 _Exhibit A · Formal Notice To Dallas County Sheriff's Department_
along with all supporting emergency motions will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts.

1. Counsel for sellers: Donald M. Brown, Attorney at Law, via his Email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department Civil Division at their email address : via Sheriff Rich Myers email address : rmyers@dcsomo.com

SIGNED : Pamela Abbott-Brooker, _Pamela Abbott Brooker_     JUY 27 -2026

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email Address : cme2cequid@gmail,com