# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SPRINGFIELD DIVISION

CASE NUMBER_____

EXHIBIT



Electronically Filed - DALLAS - May 15, 2026 - 09:14 AM

*Same*

TIME FILED
JUN - 4 2026
SUSAN FAULKNER, CLERK
CIRCUIT COURT, DALLAS COUNTY

## IN THE CIRCUIT COURT OF DALLAS COUNTY, MISSOURI

C. WAYNE THOMAS and DORIS M.
THOMAS,

                    Plaintiffs,

vs                                          Case No. 24DA-CC00017

PAMELA ABBOTT-BROOKER,

                    Defendant.

## WRIT OF EXECUTION FOR POSSESSION OF PREMISES

### TO THE SHERIFF OF DALLAS COUNTY, MISSOURI:

The Plaintiffs obtained a Judgment in the Circuit Court of Dallas County, Missouri on May 14, 2026 against the Defendant for the possession of the tract of real property located at 185 Corkery Road, Lebanon, Dallas County, Missouri 65536.

You are directed to immediately assist in removing the Defendant from the premises and to place the said Plaintiffs in possession of said real estate on ~~June~~ July 6 , 2026 at 1:00 p .m.

Date Issued: 6/4/26

HONORABLE CHUCK REPLOGLE, JUDGE

DHH No. 29807-001

26 Writ 17

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SPRINGFIELD DIVISION

CASE NUMBER_____

ASSIGNED TO JUDGE ·_____

### SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker declare under penalty of purjury under laws of the United States of America,pursuant to 28.U.S.C $ 1746, that the foregoing: _Exhibit  B . Illegal writ of Execution_____

, imcluding all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information,

and abiliity.\

Executed in Marshfield, Missouri on this 27th day of July, 2026

SIGNED: _Pamela Abbott Brooker_____

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146     Email : cme2cequid@gmail.com

### CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rules of Civil procedure,5(d), that a true and correct copy of the foregoing

along with all supporting emergency motions will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts.

1. Counsel for sellers: Donald M. Brown, Attorney at Law, via his Email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department Civil Division at their email address : via Sheriff Rich Myers email address : rmyers@dcsomo.com

SIGNED : Pamela Abbott-Brooker, _Pamela Abbott Brooker_

July 27 -2026

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146    Email Address : cme2cequid@gmail,com