# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MISSOURI

# SPRINGFIELD DIVISION

CASE NUMBER_____

EXHIBIT



# Missouri Court of Appeals
## Southern District

Case Number SD39599

C. WAYNE THOMAS AND DORIS M. THOMAS,

RESPONDENTS,

v.

PAMELA ABBOTT-BROOKER,

APPELLANT.

Filed: June 15, 2026

Missouri Court of Appeals
Southern District

### Order

Now on this day, the Court, *sua sponte*, considers its authority in this case. The Court observes that the appeal herein is purportedly taken from the trial court's order of June 4, 2026, wherein the trial court denied appellant's "motion to vacate/set aside judgment[.]"

"Generally, [a] final judgment is a prerequisite to appellate review . . . [i]f the circuit court's judgment [is] not a final judgment, then the appeal must be dismissed." *Ndegwa v. KSSO, LLC*, 371 S.W.3d 798, 801 (Mo.banc 2012). Although certain exceptions apply to the final judgment rule, none appear applicable here. *See e.g., Meadowfresh Solutions v. Maple Grove Farms, et al.*, 578 S.W.3d 758 (Mo.banc 2019); *Sanford v. Centurytel of Missouri*, 490 S.W.3d 717, 719 (Mo.banc 2016); *Ndegwa*, 371 S.W.3d at 801; *Buemi v. Kerckhoff*, 359 S.W.3d 16, 20 (Mo.banc 2011).

As the court's June 4th order appears to be the final adjudication of motion, the ruling must comply with the requirements of Rule 74.01(a) to be appealable. *Meadowfresh*, 578 S.W.3d at 762; *State ex rel. Henderson v. Asel*, 566 S.W.3d 596, 599 (Mo.banc 2019). Under that rule, a "judgment" must be (1) in writing, (2) signed by the judge, (3) denominated "judgment" and (4) filed. *See Id.*; *Grissum v. Soldi*, 87 S.W.3d 915, 916 (Mo.App. 2002). The requirements of Rule 74.01(a) apply to proceedings under Rule 74.06. *See Mo. Dept. of Social Services v. Schauer*, 503 S.W.3d 272 (Mo.App. 2016); *Guy v. Thomas*, 157 S.W.3d 328 (Mo.App. 2005).

The trial court's June 4th order is not in the form of a "judgment" as contemplated by Rule 74.01(a) inasmuch as it is not denominated "judgment" nor signed by the trial judge. Consequently, the Court orders that appellant shall have until **June 22, 2026,** to file written suggestions in this Court showing cause, if any, why the

appeal herein should not be dismissed as an appeal that is not taken from a Rule 74.01 "judgment."

Recipients:

PAMELA ABBOTT-BROOKER via U.S. mail
ATTORNEYS OF RECORD via the electronic filing system

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## SPRINGFIELD DIVISION

CASE NUMBER_____

ASSIGNED TO JUDGE_____

### SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker declare under penalty of purjury under laws of the United States of America,pursuant to 28.U.S.C $ 1746, that the
foregoing: *Missouri Court of Appeals Exhibit C.*

, imcluding all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information,

 and abiliity.\

Executed in Marshfield, Missouri on this 27th day of July, 2026

SIGNED: *Pamela Abbott Brooker*

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email : cme2cequid@gmail.com

### CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rules of Civil procedure,5(d), that a true and correct copy of the foregoing
*Missouri Court of Appeals Exhibit C.*

along with all supporting emergency motions will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts.

1. Counsel for sellers: Donald M. Brown, Attorney at Law, via his Email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department Civil Division at their email address : via Sheriff Rich Myers email address : rmyers@dcsomo.com

SIGNED : Pamela Abbott-Brooker, *Pamela Abbott Brooker*
*July 27-2026*

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146      Email Address : cme2cequid@gmail,com