# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SPRINGFIELD DIVISION

CASE NUMBER_____

EXHIBIT



Monday, Jun 8 · 12:18 PM

> Hello Wayne and Doris; please send me your mailing address. Thank-you.

Tuesday, Jul 7 · 7:22 PM

Hello Pam, just a note to let you know that I'm giving you permission to go and feed and water your animals at the farm tonight. How much time do you need to get everything out? I want to work with you but after two years in a court I'm thinking it's time you work with me on getting everything moved out

⊕ RCS message ☺ 🖼 ⑊

◀ ● ■

AT&T 11:07   5G ⊿🔋

← **W** WAYNE   📞 ⋮

Hello Pam, just a note to let you know that I'm giving you permission to go and feed and water your animals at the farm tonight. How much time do you need to get everything out? I want to work with you but after two years in a court I'm thinking it's time you work with me on getting everything moved out in a reasonable time frame. Let me know what I can expect. If you can't get ahold of me please contact my attorney or his paralegal.

👍

7:22 PM

⊕ RCS message ☺ 🖼 ⑊

◀ ● ■

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SPRINGFIELD DIVISION

CASE NUMBER_____

ASSIGNED TO JUDGE_____


### SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker declare under penalty of purjury under laws of the United States of America,pursuant to 28.U.S.C $ 1746, that the foregoing: _Exhibit D. Text giving plaintiff permission to Enter Property_ , imcluding all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information,

and abiliity.\

Executed in Marshfield, Missouri on this 27th day of July, 2026

SIGNED: _Pamela Abbott-Brooker_____

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146     Email : cme2cequid@gmail.com

### CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rules of Civil procedure,5(d), that a true and correct copy of the foregoing

---

along with all supporting emergency motions will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts.

1. Counsel for sellers: Donald M. Brown, Attorney at Law, via his Email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department Civil Division at their email address : via Sheriff Rich Myers email address : rmyers@dcsomo.com

SIGNED : Pamela Abbott-Brooker, _Pamela Abbott-Brooker_ _July 27-2026_

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146     Email Address : cme2cequid@gmail,com