# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF MISSOURI

# SPRINGFIELD DIVISION

CASE NUMBER_____

EXHIBIT

E.

Case 6:26-cv-03437-MBB   Document 1-7   Filed 07/27/26   Page 1 of 5

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri.65336

Telephone Number: (417) 322-4146

Email Address: cme2cequid@gmail.com

VIA CERTIFIED MAIL-RETURN RECEIPHT REQUESTED

Dallas County Sheriff's Department

Attn: Custodian of Records\ Sheriff

204 S. Poplar St. Buffalo, Missouri 65

# LEGAL NOTICE TO PRESERVE EVIDENCE

| Incident Date( s ) | Locations |
|---|---|
| 1. July 6, 2026,- | 185 Corkery Road. Lebanon, Missouri 65336 |
| 2. July 7, 2027 | 204 S. Poplar Street, Buffalo, Missouri.65622 |
| 3. July 8, 2026- | |
| 4.July 9, 2026 -4:30 p.m. | |
| 5. July 10, 2026-all day | |
| 6. July 19, 2026 | |
| 7. July 20, 2026 | |

Involved individual: Pamela Abbott-Brooker

Involved Deputies :

1.Richard Myers. Badge #_____ Location 185 Corkery Road, Lebanon, Missouri, 65536

2.Lt. Cadet (spelling? Badge #_____Location 185 Corkery Road, Lebanon, Missouri,65536

1

3.Un-known Dallas County Deputy, John Doe #1., on July 9, 2026 assault on senior woman-Badge number 143 ??? Location: 185 Corkery Road, Lebanon, Missouri.65536

4. Karen. (Last name unknown) Dallas County Deputy. Location : Dallas County Sheriff's Office, and location July 6, 2026 at 185 Corkery Road, Lebanon, Missouri. 65536

## TO THE CUSTODIAN OF RECORDS;

This letter serves as a formal notice demanding that the Dallas County Sheriff Department preserve and protect all evidence, electronic data, physical items, and records related to the above-referenced incident.

Civil Rights litigation and \ or administrative claims are explicitly anticipated regarding the actions of your deputies on the date(s) specified.

Failure to preserve this evidence may result in severe legal sanctions for spoliation of evidence, including an adverse inference instruction in a court of law.

You are hereby directed to immediately flag, preserve, lock, and prevent destruction, deletion, or overwriting of the following items from the date(s) :

1. July 6, 2026

2.July 7,2026

3.July 8, 2026

4.July 9, 2026

5.July 10, 2026

6. July 19, 2026

7.July 20, 2026

1. Video and audio footage: All body worn camera ( BWC ) footage, dash -camera footage, a transport vehicle interior video\ audio recordings from all deputies present at, responding to, or dispatched to the scene.

2

2. Dispatch and Radio communications: All computer aided Dispatch ( CAD) logs, 911 call audio recordings, radio transmission audio, and mobile data terminal (MDT) texts or digital messages sent between dispatch and deputies.

3. Internal documentation: All incident reports, arrest reports, use of force reports, supplement reports, supervisor logs, and shift rosters for the deputies involved.

4. Third party evidence: Any surveillance footage, cell phone video, or physical evidence obtained or confiscated from bystanders or nearby properties by your department.

5. Electronic communications: All emails, text messages, or internal memos discussing these specific incidents among department personnel.

Please confirm receipt of this letter and verify in writing that a litigation hold has been placed on the requested materials to prevent their automated purging or overwriting cycle.

Thank-you for your immediate attention to this legal matter.

Sincerely; Pamela Abbott-Brooker

Signed : *Pamela Abbott - Brooker* on July 22 2026
(Approximate Send Date)

Case 6:26-cv-03437-MBB    Document 1-7    Filed 07/27/26    Page 4 of 5

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### SPRINGFIELD DIVISION

CASE NUMBER_____

ASSIGNED TO JUDGE_____

### SWORN DECLARATION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker declare under penalty of purjury under laws of the United States of America,pursuant to 28.U.S.C $ 1746, that the "E" foregoing: *Legal Notice To preserve evidence Exhibit*

, imcluding all statements of fact, causes of action, and demands for relief is true and correct to the best of my knowledge, information,

 and abiliity.\

Executed in Marshfield, Missouri on this 27th day of July, 2026

SIGNED: *Pamela Abbott Brooker*

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146     Email : cme2cequid@gmail.com

### CERTIFICATE OF SERVICE

I, Pamela Abbott- Brooker, certify, pursuant to Federal Rules of Civil procedure,5(d), that a true and correct copy of the foregoing

*Legal Notice To preserve evidence Exhibit E.*

along with all supporting emergency motions will be served upon the opposing parties electronically, by transmitting a complete PDF copy directly to the following designated legal contacts.

1. Counsel for sellers: Donald M. Brown, Attorney at Law, via his Email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department Civil Division at their email address : via Sheriff Rich Myers email address : rmyers@dcsomo.com

SIGNED : Pamela Abbott-Brooker, *Pamela Abbott Brooker* *July 27-2026*

185 Corkery Road, Lebanon, Missouri 65536

Telephone Number : (417) 322-4146     Email Address : cme2cequid@gmail,com