THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

-SPRINGFIELD DIVISION-

RECEIVED
AUG 18 2026
PAIGE WYMORE-WYNN
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

Pamela Abbott-Brooker

Plaintiff / Pro Se

CASE NUMBER: 6:26-cv-03437-MBB

v.

THE HONORABLE JUDGE BENTON

Dallas County Sheriff's Department, et al

Donald M. Brown, et al

Defendants

PLAINTIFF'S EMERGENCY OMNIBUS MOTION: SUPPLEMENT TO COMPLAINT, NOTICE OF NEW DAMAGES, PROPERTY LIEN, AND SWORN AFFIDAVIT OF PROOF OF SPOLIATION NOTICE.

Comes now, the Plaintiff, Pamela Abbott-Brooker, appearing Pro Se, respectfully files this Emergency Omnibus Motion to inform the Honorable Judge Benton of severe and ongoing, and escalating unconstitutional actions perpetrated by the Defendants in a coordinated conspiracy since the initial filing of this case on July 27, 2026.

Plaintiff is a 67-year-old senior woman currently experiencing forced homelessness as a direct result of the Defendants unlawful actions, and physical assault, is suffering from a severe concussion and back injuries caused by the physical brutality of the Defendants.

IN SUPPORT OF HER CLAIMS, PLAINTIFF STATES AS FOLLOWS UNDER PENALTY OF PERJURY:

1.Jurisdiction and applicable statutes.

a. This Court has jurisdiction over this matter pursuant to 28 U.S.C. $ 1331 (Federal question jurisdiction) and 28 U.S.C. 1343 (Civil rights jurisdiction)

b. Plaintiff's claims are brought pursuant to 42 U.S.C. 1983 for violations of her rights protected by the Fourth Amendment (Unlawful seizure of property and excessive force) and the Fourteenth Amendment (due process)

c. Plaintiff explicitly invokes the federal "Stigma-Plus Doctrine " under the Fourteenth Amendment, as state actors deliberately falsified public dockets on Missouri Case Net, and on the 30th District Civil Court dockets, which remained on both for eight months unknown to the Plaintiff, who discovered false dockets on May 14, 2025.-wrongfully labeling Plaintiff as a convicted felon who pled guilty- to execute a fraudulent foreclosure.

d. furthermore, Defendants and their Proxies filed absolutely no notice to this Plaintiff, of an alleged hearing to be held on July 28, 2026. Plaintiff found absolutely no notice or recordings on Case Net, nor on the 30th District Civil Court docket sheet entries, no judges signature/order, and no notice of where alleged hearing would be held. Plaintiff was sent a text message, by a neighbor, who said he saw a notice posted on the Plaintiff's subject property.

e. On the 29th of July, Plaintiff's nine horses were stolen from 185 Corkery Road, Lebanon, Missouri according to two witnesses who observed a white Dodge truck pulling a long stock Trailer. Plaintiff discovered that the stolen horses were taken directly to an auction, placed in slaughter horse pens and sold immediately. There is no Humane society under law that would have taken nine horses directly to any sale or placed in loose/ slaughter pens to be sold, under any law in the United States.

f.The Plaintiff's neighbor apprised Plaintiff that there was a document taped onto the Plaintiff's entrance gate at 185 Corkery Road, he sent a photograph to the Plaintiff. The Document has a heading of the Missouri Humane Society, is otherwise blank. Plaintiff asked her neighbor to obtain this document for material evidence.

g. Plaintiff asserts a federal civil conspiracy claim under 42 U.S.C. $ 1985, as private actors, the sellers and their attorney, Defendants, actively conspired with state actors, Dallas County law enforcement and court officials to strip Plaintiff of her property, horses, personal belongings and constitutional rights.

h. The ongoing actions of the Defendants involve violations of 18 U.S.C. $ 1708

( federal mail box theft & federal mail theft.)

i.18 U.S.C $2316, Interstate transportation of stolen livestock.

11. EMERGENCY SUPPLEMENT AND STATEMENT OF MATERIAL FACTS:

a. Coordinated violations and falsifications in state court proceedings:

b.At the April 10, 2025 hearing, the state court judge acted as an explicate advocate for the opposing side, giving the sellers attorney direct instructions on how to strip Plaintiff of her constitutional right to a jury trial, which Defendants subsequently executed on April 25, 2025. Plaintiff holds transcripts from April 10, 25, and 28th.

c. During the April 28, 2025 Bench trial proceedings, the judge conducted an unlawful Bench trial, completely breaking the rules of evidence and civil procedure, above Plaintiff's objections, and ignoring all of the Plaintiff's timely filed motions. Plaintiff holds transcripts from April 10, 25, and 28th, 2025. Plaintiff holds Transcripts from June 4, 2026 hearing.

d.Plaintiff made multiple objections at the April 28,2025 Bench Trial in 3oth District Civil Court, that the Contract for Deed was a forged Contract, which was unlawfully accepted into evidence by the presiding judge, Chuck Replogle.

e. Plaintiff holds material evidence of the forgery on the contract for deed, and holds Transcripts from the April 28, 2025 Bench trial.

f. At that time, Plaintiff had 1.5 years remaining to pay off the contract for deed when she was fraudulently sued, and Plaintiff holds equity of over $135,000 in addition, Plaintiff built a house on the property, and other improvements.

g. At the June 4, 2026, hearing, Plaintiff explicitly placed on the Transcript /record a comprehensive outline of the judge's systematic failures regarding the rules of civil procedure and rules of evidence. In retaliation, the judge denied all the Plaintiff's timely motions, including automatic right to change of judge.

h. State Court actors deliberately kept a false "Guilty plea" and 'Felony" label on Missouri case Net and the 30th district civil court docket sheets for eight months, which was explicitly utilized as a tool by the conspiracy net work to strip Plaintiff of her property interests and standing in the civil court. Plaintiff has absolutely no history of any criminal actions.

i. On August 14, 2026, to prevent the Defendants from illegally transferring or selling the land clouding this litigation, Plaintiff filed an official Lis Pendens with

the Dallas County Recorders office at a personal cost of $36.00, putting all prospective buyers on formal notice of this active fraud and forgery of the contract for deed.

B. The July 9,2026 Physical Assault, Police Brutality and immediate Displacement.

1. On July 9, 202, Plaintiff was peacefully standing on the public road, called Corkery Road, near the subject property, waiting for the Missouri Highway Patrol to conduct a welfare check on Plaintiffs' horses, two dogs and her cat.

2. Plaintiff had called the Missouri State Patrol, Trooper D, of Dallas County, to meet her at the subject property in order that he, alone, walk onto the farm and do a welfare check on Plaintiff's horses and animals. As Plaintiff left the Dallas County public library, she observed Sheriff Rich Myers of the Dallas County Sheriff's Department, parked in his white truck, on the wrong side of the road, on Main Street, staring at her as she left the library at approximately 4:30 p.m. July 9, 2026, to meet with the Dallas County Police department/ Trooper D.

3. The Dallas County Sheriff's suddenly arrived at the scene and subjected Plaintiff - a 67 year old senior woman-to severe unprovoked physical battery and excessive force, despite Plaintiff posing no threat, and crying out " I am waiting for the State police to come do a welfare check on my horses "!!! The State Police did not appear. Two witness' saw the assault and were parked thirty feet away. Plaintiff's

truck was impounded for the second time in two days by the Dallas County Sheriff's Department, at total cost of $611.00

4. As a direct result of this police brutality, Plaintiff was transported via ambulance to the Mercy Hospital, Lebanon, Missouri, where she was diagnosed with an inner head injury, severe wrist trauma, multiple cuts and contusions, and back injury. Plaintiff has returned to a physician three times and has been diagnosed with a severe concussion. Plaintiff experiences short term memory, head pressure, dizziness and a high level of stress resulting in a high blood pressure, previously unknown for this Plaintiff.

5. Since that attack on July 9,2026, Defendants have threatened Plaintiff with fraudulent charges of criminal trespass if she "Even drives down Corkery Road "

6. Plaintiff has been effectively locked out of her home since July 6,2026.

C. Total Unlawful Seizure of 55 years of personal belongings:

1. Since the violent eviction on July 6,2026, and violent assault on July 9,2026, Plaintiff has been completely barred from returning to the subject property retrieve her personal property.

2. Plaintiff has received no legal notice, warning or opportunity to safely collect her belongings. Defendants have made no effort to allow Plaintiff to obtain her belongings and refuses to contact Plaintiff.

3. The Defendants have locked away and unlawfully seized 55 years of Plaintiff's extensive life belongings, leaving her homeless with nothing-not even a basic toothbrush- as senior citizen, this total deprivation of the necessitates of life has caused severe physical, emotional and financial ruin, since July 6,.2026

4. Following the assault, the Dallas County Sheriff's Department worked in concert with the private sellers /Defendants to unlawfully seize Plaintiff's nine (9) horses from the property without notice, a hearing, or a valid court order.

5. The individual who seized the nine horses and the Defendants, utilized a fraudulent, blank, and unassigned paper bearing the name of the Missouri Humane Society that was taped to the Plaintiff's entrance gate on 185 Corkery Road, Lebanon, Missouri. The nine horses were loaded up into a long stock trailer, pulled by a white Dodge truck, two witnesses stated., the nine horses were then transported to an auction house, and placed into slaughter /loose pens.

6.Through extensive personal effort, Plaintiff tracked her stolen horses across state lines to the state of Wisconsin, where the current holder is attempting to extort Plaintiff by demanding she "Buy back "her own stolen horses, or else he will ship them to slaughter immediately. Plaintiff has made contact with the man who allegedly bought the horses at auction via the loose pens (Slaughter pens) who refuses to assist Plaintiff.: Jason Firary, W.1641 State Road 60, Columbus,

Wisconsin, 53925, telephone number (608) 970-1160 , S. Wisconsin Livestock company, LLC.

7.On August 14 2026, Plaintiff formally filed an official stolen horse report with the Dallas County Sheriff's Department in order to fulfil jurisdictional requirements requested by Wisconsin authorities to secure her property. Plaintiff filed the stolen horse report with Corporal Dixon, badge number 155, and he signed the victim statement but did not issue a case number. Plaintiff also spoke with Chief Sheriff, Cheek regarding the stolen horses on July 29, 2026.

8.Plaintiff contacted the Columbus, Wisconsin, Detective Captain David Clark, Columbus County Sheriff Department in Portage, Wisconsin on August 10, 2026 Phone Number: (608) 742-4166 -ext 3302.

D. ONGOING MAIL INTERCEPTION RESULTING IN FORCED GENERAL DELIVERY ADDRESS:

1. In an effort to sabotage this pending federal lawsuit and prevent the receipt of legal documents, the Defendants or their coconspirators physically stole the Plaintiff's mailbox on July 20, 2026. Plaintiff's neighbor took a photograph of the missing mailbox.

2. On: August 6, 2026, my neighbor saw that the mailbox had been returned, it was in the wrong place, and the door was broken and off the hinges. Neighbor took

photographs of both incidents of stolen and subsequently returned mail box, he drove up to look all around on the ground, finding no mailbox, on: July 20,2026.

3. Furthermore, an unauthorized individual contacted the U.S. Postal Service, falsely claimed Plaintiff no longer resided at her address at the subject property, unlawfully and fraudulently stopped Plaintiff's mail service.

4. Due to this severe interreference, Plaintiff has been forced to utilize General Delivery in Marshfield, Missouri, 65706, to safely maintain contact with this Court, and has reported these violations to the Federal Bureau of Investigations, and Department of Justice of the stolen mail box, the physical assault, the on going threats and the theft of nine horses.

111. SWORN AFFIDAVIT OF PROOF OF SPOLIATION SERVICE.

a. In Mid -July 2026, the Plaintiff drafted and mailed a formal spoliation and evidence preservation letter addressed directly to the Dallas County Sheriff's Department located at 204 s. Poplar St, Buffalo, Missouri, 65622 via certified mail with return receipt requested.

b. The United States Post Office issued Plaintiff a certified tracking number and green return receipt card for Plaintiff's Spoliation Letter demanding the Dallas County Sheriff's Department preserve evidence at the Dallas County Sheriff's Department.

c.To verify delivery despite this interreference, Plaintiff accessed the United States Postal Service electronic tracking database using her 20-digit tracking number. The Official USPS Tracking logs confirm that Plaintiff's Spoliation and evidence preservation letter was successfully delivered and accepted at the Dallas County sheriff's Department in Buffalo, Missouri.

d. The Defendants have been fully and legally warned to preserve all evidence in this matter as of the delivery date, and any destruction or erasure of files, video, body-cameras, logs after that date constitutes unlawful spoliation of evidence under Federal Rue of Civil Procedure -37 (e)

e. Plaintiff has never received the physical green return receipt card, acknowledging the Dallas County Sheriff's Department received and signed the certified letter with return receipt.

IV. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Honorable Judge Benton :

a. Accept this Emergency Supplement and notice the official record for case number: 6:26-cv-03437 MBB

b. Expeditiously Grant Plaintiff's pending In Forma Pauperis status so that the U.S. Marshals Service may immediately serve the summonses upon all eight individual defendants,

c. ORDER an emergency protective order or status conference regarding the safety and location of Plaintiff's Horses, currently located in Wisconsin and or any other locations. Furthermore, to disclose the location of Plaintiff's two dogs and Plaintiff's cat.

d. ORDER an emergency civil standby or mandate allowing Plaintiff to safely retrieve her life belongings from the subject property without further threat of arrest and:

e. GRANT an order recognizing the legal delivery of Plaintiff's spoliation Letter to protect all underlying electronic and physical evidence from destruction.

DECLARATION OF OATH

Pursuant to 28 U.S.C. $ 1746, I, Pamela Abbott- Brooker, the Plaintiff, declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and ability.

Executed on this 17th day of August, 2026.

Signed : Pamela Abbott Brooker.

Pamela Abbott-Brooker

General Delivery, Marshfield, Missouri, 65706

Telephone Number: (417) 322-4146. Email Address: cme2cequid@gmail.com

CERTIFICATE OF SERVICE

I, Pamela Abbott-Brooker, hereby certify, pursuant to Federal Rules of Civil Procedure 5 (d), that a true and correct copy of the foregoing was served upon the opposing parties electronically, via Email on this day of August 17, 2026, by transmitting a complete PDF copy of this Courthouse filing directly to the following designated legal contacts.

1. Counsel for the sellers : Donald M.Brown, attorney at law via email at his email address : dhhlawfirm@gmail.com
2. Counsel for the County : Dallas County Sheriff's Department, Civil Division via administrative email at known email: rmyers@dcsomo.com

Signed : Pamela Abbott Brooker August 17, 2026

Pamela Abbott- Brooker

General Delivery Marshfield, Missouri,65706

Telephone Number: ( 417) 322- 4146

Email Address: cme2cequid@gmail.com