IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

-SPRINGFIELD DIVISION-

RECEIVED
AUG 25 2026
PAIGE WYMORE-WYNN, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

Pamela Abbott-Brooker

Plaintiff / Pro Se

v. CASE NUMBER: 6:26-cv- 03437-MBB

Dallas County Sheriff's Department et al

Defendants The Honorable Judge Benton

PLANTIFF'S EMERGENCY SUPPLEMENTAL ADVISORY TO THE COURT REGARDING EXTREME SPOLIATION OF EVIIDENCE, LIVESTOCK EXTORTION, AND DESTRUCTION OF PROPERTY LINES.

Comes now, the Plaintiff, Pamela Abbott-Brooker, appearing Pro se and respectfully submits this Emergency Supplemental Advisory to notify the Court of a dangerous, bad faith escalation of property destruction, asset liquidations, and witness counter surveillance executed by Defendants and their active private proxies over August 20-21, 2026 window.

1. CRIMINAL SPOLIATION AND DESTRUCTION OF CORE POSSESSIONS & OCCUPENCY EVIDENCE

   On August 21, 2026, eyewitness' neighbor confirmed that Defendants flagrantly bypassed this Courts pending dockets by entering the real property

lines at 185 Corkery Road, Lebanon, Missouri. Defendants executed Grand Larceny of Plaintiff's 2015 Hot Shot Horse Trailer and began systematically throwing fifty-five (55) years of Plaintiff's accumulated life property, historical business records, legal Court documents, memories, photographs, and irreplaceable personal belongings directly into an large outdoor refuse bin.. This represents an absolute, intentional campaign to destroy core physical evidence while Plaintiff's Emergency Motion for Protection remains under active judicial review.

42 U.S.C. $ 1985(c) Conspiracy to interfere with civil rights

2.ACTIVE SPOLIATION TO COVER UP FORGED CONTRACT FOR DEED

Plaintiff notes for the record that the primary target of this extrajudicial destruction of physical evidence is the concealment of the forged contract for deed utilized by local county actors to execute an unauthorized lockout on July 6,2026. The systematic destruction of Plaintiff's fifty-five (55) years of business records out front in the large garbage bin is a bad faith attempt to liquidate the physical proof of her contractual compliance and land possession before an electronic summons can be processed by this Court.

2. INTERCEPTION AND TRACKNG OF SUSPECT INTERSTATE HAULER.

On August 21, 2026, at approximately 5:35 PM., Plaintiff observed a commercial livestock trailer and white Dodge Ram truck matching the description of the witness' description of the vehicle and trailer observed stealing Plaintiff's nine horses on July 29, 2026, in Marshfield, Missouri.

IDENTIFIED EQUIPMENT: Older grey stock trailer bearing the Missouri license plate number 96L5KH , pulled by a Dodge Ram 2500, bearing the Missouri License number 5288KX ( not positive all the numbers are correct on truck, but close )

OPERATOR PROFILE:

Broad shouldered Caucasian male, mid 60's , 5.10. white hair, short white beard, wearing a baseball cap.

INCRIMINATING ADMISSION:

When engaged, the operator admitted to active commercial livestock hauling. The exact moment the Plaintiff referenced the active Federal Bureau of Investigation cross-border tracking protocols, the suspect exhibited visible distress and immediately started his truck and drove away, confirming behavioral consciousness of guilt.

ELECTRONIC EVIDENCE OF MULTI-STATE LIVESTOCK DISPERSAL AND ABUSE.

On August 21, 2026, external witness's flagged a marketing video published across digital networks by out of state handler, Jason of the S.Wisconsin Livestock company, LLC. The video documents live possession of Plaintiff's Senior mare, "Amour". To manipulate buyers, the handler broadcasts false statements about the Plaintiff's mare, such as "She is bred back to an Appaloosa Stallion", her two-year-old colt is standing next to her in that pen ", she has not been ridden in a long time but was once trained". Plaintiff's fifty-five years' experience with horses notes that her mare is visible on screen exhibiting severe fear patterns under whip coercion a favor, and suffers from a heavily swollen knee lameness, Plaintiff's Mare exhibits a dead eye, devoid of hope. Jason threatened Plaintiff that if she did not buy her horses back using PayPal, credit cards, Venmo, then he will send all her horses to slaughter. Plaintiff filed a stolen horse report with the Dallas County Sheriff's Department August 18, 2026, with the Wisconsin sheriff's Department, the Department of Justice, (August 03, 2026) the FBI Field Office in Kansas City, Missouri,(August 03, 2026 ) the FBI Headquarters in Washington D.C.(August 03, 2026) the FBI conducted two telephone interviews on July 10, 2026 and again on or about August 07, 2026. Further, Plaintiff contacted the Canadian slaughter inspection and Agricultural Departments during the first two weeks of August, since August 07,2026,

when Plaintiff discovered that her stolen horses had been taken illegally across state lines.

3. RETALITORY PLAINTIFF INTIMIDATION AND HOSTILE COUNTER SURVEILLANCE:

4. On August 20, 2026, at approximately 11:30 p.m., while this homeless Plaintiff was parked for the night at Loves' Truck stop, Strafford, Missouri, inside her truck, an unidentified lightly built male operating a smaller dark grey or black compact vehicle pulled parallel to Plaintiff's parking lane. The operator executed targeted close-up photographic surveillance of Plaintiff through her windshield to intimidate a Federal Civil Rights litigant.

GOVERNING FEDERAL STATUTES AND CASE LAW AUTHORITY.

FEDERAL CIVIL RIGHTS & CONSPIRACY SATUTES

1. 42 U.S.C. $ 1983 – Civil Action for Deprivation of Rights.

Defendants operate as joint and several co-conspirators who utilized local police authority under color of law to violate Plaintiff's Fourth and Fourteenth Amendments right. Under the supreme doctrine of Lugar v. Edmondson Oil co, 457 US. 922, private individuals and their legal counsel become state actors fully liable for civil rights violations when they actively

coordinate with a local Sheriff's Department to execute an illegal, extrajudicial seizure of real and personal property without due process

2. 18 U.S.C. $ 1512 -FEDERAL WITNESS & EVIDENCE TAMPERING:

It is a severe federal felony to alter, destroy, or conceal documents and property to impair their availability for use in an official federal proceeding. The ongoing weekend dumping of Plaintiff's 55 years of business records and files out front in a large dumpster violates this statute.

3. 18U.S.C. $ 2316- INTERSTATE TRANSPORTATION OF STOLEN LIVESTOCK:

The forced cross-border trafficking of Plaintiff's six registered elite breeding mares, two Miniature horses and one registered Bashkir Curly gelding into commercial kill pens in Wisconsin, Oklahoma, places this entire operation under direct federal criminal tracking rules.

4. THE JUDICIAL DOCTRINE OF EXTREME SPOLIATION SANCTIONS:

Under the leading authority of West v. Goodyear Tire & Rubber co, 167 F.3d 776, a federal court possesses absolute inherent power to levy severe punitive sanctions against litigants who intentionally destroy core evidence. Plaintiff demands that this Court utilize its inherent authority to strike the Defendants upcoming defenses

from the record, enter an automatic judgment of liability against them, and issue immediate emergency mandates to halt further destruction.

WHEREFORE, Plaintiff respectfully demands this Court take immediate emergency notice of these ongoing criminal actions, hold Defendants collectively liable under joint and several rules for damages in excess of $3,000,00, ( In Excess of three million dollars ) and issue immediate injunctive orders commanding the U.S. Marshalls to seize the dumpster assets, recover the Hot Shot Horse Trailer and freeze the out of state livestock pipelines before absolute, irreparable spoliation is finalized.

Executed this 25 day of August 2026.

SIGNED: Pamela Abbott Brooker

Pamela Abbott- Brooker, General Delivery, Marshfield, Missouri 65706

Telephone number : (417) 322-4146

Email address : cme2cequid@gmail.com

DECLARATION OF OATH:

Pursuant to 28 U.S.C. $ 1746, I, Pamela Abbott-Brooker, the Plaintiff declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and ability.

Executed on this 25 day of August, 2026.

SIGNED : Pamela Abbott-Brooker

Pamela Abbott-Brooker

General Delivery, Marshfield, Missouri 65706

Telephone number : (417) 322-4146 Email : cme2cequid@gmail.com

CERTIFICATE OF SERVICE

I hereby certify, pursuant to federal rules of civil procedure 5 (d), that a true and correct copy of the foregoing was served upon the opposing parties electronically, via Email on this day of August ,25 2026, by transmitting a complete PDF copy of this courthouse filing directly to the following designated legal contacts.

1. Counsel for the sellers: Donald M. Brown, attorney at law via his email address: dhhlawfirm@gmail.com
2. Counsel for the county: Dallas County Sheriff's Department, civil Division via administrative Email at known email : rmyers@dcsomo.com and : records@dcsomo.com

SIGNED : Pamela Abbott-Brooker