August 25, 2026.

Pamela Abbott-Brooker

General Delivery, Marshfield, Missouri 65706

Telephone Number: (417) 322-4146. Email: cme2cequid@gmail.com

PLAINTIFF'S INDEX OF EXHIBITS

EXHIBIT A: Copy of text message permission to enter subject property-July 7-8, 2027.- pages 1- 1.

EXHIBIT B :Photographs of tampered and later returned Mail box. Page 1-2

EXHIBIT C: Certified medical charts and concussion diagnosis from July 9,2026 assault to Plaintiff, by Dallas County Sheriff's Department. Pages 1-3.

EXHIBIT D: Photographs of dumpster at 185 Corkery Road, showing Defendants' destroying evidence. Page 1-1.

EXHIBIT E: Text message from my neighbor, Jim Cotter telling me my Horse trailer is missing. page 1-1.

EXHIBIT F. Photograph of Plaintiff's 24-foot Hot Shot Horse trailer where it had been parked on subject property for over a year in same place.

9

EXHIBIT G: Photographs of Injuries sustained July 8- and- July 9,2026, pages 1- 3.

EXHIBIT H: Photographs of Plaintiff's nine stolen Horses, page 1- 2.

EXHIBIT I: Formal notice to Dallas County Sheriff's Department for Legal Notice to preserve evidence. with proof of certified mailing and return receipt.