IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SPRINGFIELD DIVISION

CASE NUMBER

6:26-cv-03437-MBB

EXHIBIT

A

Exhibit A

AT&T 11:07 5G

WAYNE

~~Monday, Jun 8 • 12:18 PM~~

Hello Wayne and Doris; please send me your mailing address. Thank-you.

Tuesday, Jul 7 • 7:22 PM

Hello Pam, just a note to let you know that I'm giving you permission to go and feed and water your animals at the farm tonight. How much time do you need to get everything out? I want to work with you but after two years in a court I'm thinking it's time you work with me on getting everything moved out

RCS message

AT&T 11:07 5G

WAYNE

Hello Pam, just a note to let you know that I'm giving you permission to go and feed and water your animals at the farm tonight. How much time do you need to get everything out? I want to work with you but after two years in a court I'm thinking it's time you work with me on getting everything moved out in a reasonable time frame. Let me know what I can expect. If you can't get ahold of me please contact my attorney or his paralegal.

7:22 PM

RCS message

Exhibit A Text message From C. Wayne Thomas, State Actor, giving plaintiff permission to feed Her Horses, 2 Dogs And CAT Text At 7:22 pm July 7-2026 July 8, 2026, "Sellers, Sheriffs suddenly Appear, press "criminal charges" for Trespass animals are not being fed or cared for - AGAIN -