IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SPRINGFIELD DIVISION

CASE NUMBER

6:26-CV-03437-MBB

EXHIBIT

B

---




Exhibit B.

Photograph By
Jim Cotter
Telling me of my
Stolen Mailbox

Page 1 of 2

July 20 - 2026




Exhibit B.

photograph by Jim Cotter Telling me of the "sudden return of my mail box"

mailbox in wrong place; Door Broken Aug 06-2026

Page 2 of 2