IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SPRINGFIELD DIVISION

CASE NUMBER

6:26-CV-03437-MBB.

EXHIBIT

C

---

Exhibit C

# AFTER VISIT SUMMARY

Mercy

**Pamela Abbott-Brooker** [redacted]
[redacted]

7/9/2026 Mercy Hospital Lebanon Emergency Medicine 417-533-6350

## Instructions

Ice to the sore areas. Take the Anaprox twice daily. Take Flexeril 3 times daily as needed. Home to rest. Return if you have any worsening symptoms. Follow-up as needed with your primary care provider. It is vitally important you follow-up with your primary care to go through all of the scans that you had done. There is concern for possible malignancy or cancer on your adrenal gland. This needs to be followed up with. I would recommend trying to get in with someone within the next 1 to 2 weeks.

### Your medications have changed

START taking:
**cyclobenzaprine** (FLEXERIL)
**naproxen sodium** (ANAPROX DS)

Review details of your medication changes below.

### Read the attached information

1. Joint Pain (English)
2. Head Injury: Closed: General Info (English)
3. Contusion (English)
4. Cervical Strain (English)

### Pick up these medications at Walmart Pharmacy 845 - BUFFALO, MO - 1250 WEST DALLAS

cyclobenzaprine • naproxen sodium

Address: 1250 WEST DALLAS, BUFFALO MO 65622
Hours: M-F 0900-1800 Sat 0900-1800 Sun closed
Phone: 417-345-6107

## What's Next

You currently have no upcoming appointments scheduled.

## You are allergic to the following

| Allergen | Reactions |
|---|---|
| [redacted] | [redacted] |

## Today's Visit

You were seen by Dr. C Gosch

### Reason for Visit

- Neck Pain
- Dizziness

### Diagnoses

- Bilateral wrist pain
- Multiple skin tears
- Closed head injury, initial encounter
- Multiple contusions
- Strain of neck muscle, initial encounter
- [redacted]

### Lab Tests Completed

CBC WITH DIFFERENTIAL
COMPREHENSIVE METABOLIC PANEL

### Imaging Tests

CT CERVICAL SPINE WO CONTRAST
CT CHEST ABDOMEN PELVIS W CONT
CT HEAD WO CONTRAST
XR WRIST 3+ VW LEFT
XR WRIST 3+ VW RIGHT

### Medications Given

iopamidol (ISOVUE-300) Last given at 9:35 PM
morphine Last given at 8:40 PM
ondansetron (ZOFRAN) Last given at 8:35 PM
sodium chloride 0.9 %
sodium chloride Last given at 9:30 PM
sodium chloride Last given at 9:30 PM

### Immunizations Given

(ADACEL/BOOSTRIX)(10 YR UP) TDAP VACCINE, 0.5ML, IM

"Tetnus shot"

Exhibit C

# AFTER VISIT SUMMARY

Mercy

**Pamela Abbott Brooker** [redacted]

7/12/2026 Mercy Hospital Lebanon Emergency Medicine 417-533-6350

## Instructions

**Your medications have changed**

START taking:
diclofenac sodium (VOLTAREN)
methocarbamol (ROBAXIN)

Review details of your medication changes below.

**Read the attached information**

Flank Pain (English)

**Pick up these medications at Walmart Pharmacy 78 - MARSHFIELD, MO - 14740 STATE HWY #38**

diclofenac sodium • methocarbamol

Address: 14740 STATE HWY #38, MARSHFIELD MO 65706
Phone: 417-468-6151

**Referrals made today**

AMB REFERRAL TO PRIMARY CARE SOCIAL WORK AND COMMUNITY HEALTH
Expires: 7/12/2027 (requested)

AMB REFERRAL TO NEUROLOGY
Where: Mercy Clinic Neurology - Fremont
Address: 1965 S Fremont Ave Ste 350 SPRINGFIELD MO 65804-2295
Phone: 417-820-9123
Expires: 7/12/2027 (requested)

[redacted]
Expires: 7/12/2027 (requested)

## Today's Visit

You were seen by Dr. T Melton

**Reason for Visit**

Back Pain

**Diagnoses**

- Bilateral flank pain
- Closed head injury, initial encounter
- [redacted]

**Lab Tests Completed**

CBC WITH DIFFERENTIAL
CK ...
COMPREHENSIVE METABOLIC PANEL
URINALYSIS WITH REFLEX MICROSCOPIC

**Medications Given**

ketorolac (TORADOL) Last given at 1:44 PM

## What's Next

You currently have no upcoming appointments scheduled.

## You are allergic to the following

| Allergen | Reactions |
| --- | --- |
| [redacted] | [redacted] |

## MyMercy

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to https://www.mercy.net/mercystl/, click "Sign Up Now", and enter your personal activation code: ST25N-9JD9X-Q7TXV. Activation code expires 8/23/2026.

Exhibit C

Jordan Valley Health

# AFTER VISIT SUMMARY

**Pamela Abbott Brooker** DoB: 7/25/1959
CSID: OCH-GP8G-9ZP5-2WZ9

8/6/2026 8:20 AM JVH Marshfield Medical
417-344-3590

## What's Next

AUG
6
2026

**Care Coordination**
Thursday August 6 10:00 AM

JVH Marshfield Medical
1166 Banning St
Marshfield MO 65706-9998
417-344-3590

## MyChart Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://mychart.ochin.org/jordanvalleymychart/**, click "Sign Up Now", and enter your personal activation code: **4XD6C-R5SM9**. Activation code expires 9/20/2026.

## Instructions

**Return in about 4 weeks**
(around 9/3/2026).

## Today's Visit

You saw Melissa Toman on Thursday August 6, 2026. The following issues were addressed: Concussion without loss of consciousness, sequela; Memory problem; Change in vision; and Assault.

Blood Pressure
156/85

BMI
22.17

Weight
133 lb 3.2 oz
(60.4 kg)

Height
5' 5" (1.651 m)

Temperature (Temporal)
97.8 °F

Pulse
60

Respiration
18

Oxygen Saturation
98%