IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SPRINGFIELD DIVISION

CASE NUMBER

EXHIBIT

D



Exhibit D.

Photo by
JIM Cotter on
AUGUST 23, 2026
Spoliation of
Evidence And
Plaintiffs'
Belongings -
Being Thrown
Into A
Large garbage
BIN