IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SPRINGFIELD DIVISION

CASE NUMBER

EXHIBIT

E

AT&T 9:42 5G+

Jim & Marth...

Big changes today I do not see your trailer!!!!!



Yesterc ↓ :47 PM

RCS m...

Exhibit E.

Text message with photograph of my Stolen Hotshot Horse Trailer

Page 2 of 2