IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SPRINGFIELD DIVISION

CASE NUMBER

EXHIBIT

F




Exhibit F.

Location of my Hotshot Horse Trailer at 185 Corkery road Lebanon, Missouri

(NOT MY TRUCK)

Page 1 of 2