IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SPRINGFIELD DIVISION

CASE NUMBER

6:26-CV-03437-MBB

EXHIBIT

G

---

AT&T 4:12 5G

Jul 8 ›
7:14 PM



Share Edit Add to Trash

Exhibit G

Plaintiffs Severe wrist trauma on July 8, 2026 From 1st Assault by Dallas County Sheriffs,

Page 1 of 3

AT&T 4:12 5G

Jul 9 ›
10:36 PM



Share Edit Add to Trash

Exhibit G

Plaintiff's Severe wrist trauma after assault to plaintiff by Dallas County Sheriffs, at Mercy Hospital July 9, 2026

Page 2 of 3.


Exhibit G
Severe Swelling
Due To