IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SPRINGFIELD DIVISION

CASE NUMBER

6:26-CV-03437-MBB

EXHIBIT

H

# NINE MISSING HORSES JULY 29TH - $1 (Lebanon)

Exhibit H








Nine missing horses on July 29th. Taken by white Dodge truck with older stock trailer. Horses taken from Bennett springs area. If you have any information on these horses please contact me immediately please be on the lookout for the following horses: One Registered Basker Curly gelding. Appaloosa markings-palimino.blaze and two hind socks, 15.1. hands. #2 Black Bay registered Thoroughbred Mare,16.3 hand one white Coronet on hind. Faint star, has dent under right eye.#3. One registered Thoroughbred Mare black with white star and two white ankles / Coronet s.16.3 hands.#4. one registered Chestnut thoroughbred Mare star with connecting thin stripe to White hind socks, 16 hands.#5 One Registered Thoroughbred Mare blood Bay black mane and tail 15.3 hands with star.#6 one registered paint mare, Bay /black Bay wide blaze white socks on hind,15 hands.#7. one 22-year-old few spot Appaloosa mini gelding has black stripes on each cheek and down bridge of nose.#8 one steel Gray mini Mare black mane and tail black points#9 0ne registered solid colored paint mare white Coronets. 16.2 hands. Witnesses said white Dodge truck pulling used long stock trailer on July 29th 2026. These horses do not lead or tie they are all hand signal trained for the most part if you have any information please contact me. Thanks for reading this.


Exhibit I