IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

SPRINGFIELD DIVISION

CASE NUMBER

EXHIBIT

i

Exhibit i

Pamela Abbott-Brooker

185 Corkery Road, Lebanon, Missouri.65336

Telephone Number: (417) 322-4146

Email Address: cme2cequid@gmail.com

VIA CERTIFIED MAIL-RETURN RECEIPHT REQUESTED

Dallas County Sheriff's Department

Attn: Custodian of Records\ Sheriff

204 S. Poplar St. Buffalo, Missouri 65622

LEGAL NOTICE TO PRESERVE EVIDENCE

... Approximates Times Location

UNITED STATES POSTAL SERVICE.
MARSHFIELD
203 N CLAY ST
MARSHFIELD, MO 65706-9998
www.usps.com

07/21/2026 09:07 AM

TRACKING NUMBERS
9589 0710 5270 3256 1858 70

TRACK STATUS OF ITEMS WITH THIS CODE
(UP TO 25 ITEMS)

TRACK STATUS BY TEXT MESSAGE
Send tracking number to 28777 (2USPS)
Standard message and data rates may apply

TRACK STATUS ONLINE
Visit https://www.usps.com/tracking
Text and e-mail alerts available

PURCHASE DETAILS

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.82 |
| Buffalo, MO 65622 | | | |
| Weight: 0 lb 0.90 oz | | | |
| Estimated Delivery Date Thu 07/23/2026 | | | |
| Certified Mail® | | | $5.55 |
| Tracking #: 9589 0710 5270 3256 1858 70 | | | |
| Return Receipt | | | $4.65 |
| Tracking #: 9590 9402 8309 3094 9886 45 | | | |
| Total | | | $11.02 |

Grand Total: $11.02

Cash $11.02

TO REPORT AN ISSUE
Visit https://emailus.usps.com

Missouri, 65536

2.Lt. Cadet (spell ... d, Lebanon,
Missouri,65536

3.Un-known Dal ... hior
woman-Badge n ... anon,
Missouri.65536

3-a. De...

9589 0710 5270 3256 1858 70

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Buffalo, MO 65622

OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $5.55 | 0754 |
| $ | $4.65 | 02 |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark Here |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | JUL 21 2026 |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage $ | $0.82 | 07/21/2026 |
| Total Postage and Fees $ | $11.02 | |

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®