IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

-SPRINGFIELD DIVISION-

Pamela Abbott-Brooker

Plaintiff-Pro Se-

v. CASE NUMBER: 6:26-CV-03437-MBB

Dallas County Sheriff's Department, et al

Donald M. Brown, et al

Defendants The Honorable Judge Benton

SWORN AFFIDAVIT

AFFIDAVIT OF PAMELA ABBOTT-BROOKER IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER

State of Missouri, County of Dallas County

I, Pamela Abbott- Brooker, being duly sworn upon my oath, depose and state as follows based on my personal knowledge.

1. I am the Plaintiff in the above-captioned civil rights and property action. I make this affidavit in support of my Emergency Motion for a Temporary Restraining Order.

2. The Real Property at issue in this case is located at 185 Corkery Road, Lebanon, Missouri in Dallas County and is legally described as (INSERT FULL LEGAL DESCRIPTION…FIND LIS PENDENS for DESCRIPTION, ASK LIBRARIAN IF THEY CAN HELP PASTE IN OFF LIS PENDENS)

1.

3.On August 14, 2026, I formally filed a Notice of Lis Pendens with the Recorder of deeds for Dallas County, Missouri, Providing public notice of this pending litigation.

4. Following the filing of the Lis Pendens, I discovered that the Defendants have contracted with Knights auction Service, located in Lebanon, Missouri, to place the subject property up for auction.

5. This Auction and attempted sale are entirely unauthorized, the Plaintiff was given no notice, and are based upon a fraudulent, forged contract for deed engineered by the Defendants. Plaintiff's neighbor sent Plaintiff a text message letting her know of this impending auction.

6. The auction of this property is currently scheduled to take place on September 13,2025 .

7. If this auction is permitted to proceed, the property will be sold to an unwitting third party, which will permanently divest Plaintiff of her rights to this unique land, cause irreversible clouding of the title, and render any final judgment bby this Court ineffective.

8. Immediate and irreparable injury, loss, and damage will result to Plaintiff before the Defendants can be heard in a formal opposition hearing because the auction

date is imminent and monetary damages cannot adequately compensate for the loss of unique property.

I declare under penalty of perjury under the laws of the United States of America that the Foregoing statements are true, correct, and accurate to the best of my knowledge, information, and belief.

Dated: 03,2026

Pamela Abbott-Brooker, Affiant/ Plaintiff- Pro Se-

*******************************************************************

PLAINTIFF WAS UNABLE TO OBTAIN A NOTORY PUBLIC IN Strafford, Missouri. Therefore, Plaintiff makes a sworn affidavit by Plaintiff's SWORN OATH & DECLARATION, herein:

417) 322-4146 Email Address: cme2cequid@gmail.com

DECLARATION OF OATH

Pursuant to 28 U.S.C. $ 1746, I Pamela Abbott-Brooker, the Plaintiff declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and ability.

Executed on this 3 day, of September, 2026

Signed : Pamela Abbott-Brooker

SUBSCRIBED AND SWORN BEFORE ME THIS _______DAY OF

___________2026

Notary public

My Commission Expires:_______________________________________

Pamela Abbott-Brooker

General Delivery, Marshfield, Missouri 65706

Telephone Number: (417) 322-4146 Email Address: cme2cequid@gmail.com

CERTIFICATE OF SERVICE

I hereby certify, pursuant to federal rules of civil procedure 5 (d), that a true and correct copy of the foregoing was served upon the opposing parties electronically, via Email on this day of __3____September, 2026, by transmitting a complete PDF copy of this Courthouse filing directly to the following designated legal contacts:

1. Counsel for the sellers: Donald M. Brown, attorney at law via bis email address: dhhlawfirm@gmail.com
2. Counsel for the County: Dallas County Sheriff's Department, civil division via administrative email at known email: rmyers@dcsomo.com and: records@dcsomo,com
3. Knights Auction Service,LLC. Email: sknight@resultsadv.com

Steve Knight, Registered Owner/ Agent. Or Legal / Administrative Department

130 W. Fremont Road, Lebanon, Missouri, 65536

5