IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

-SPRINGFIELD DIVISION-

RECEIVED
SEP 10 2026
PAIGE WYMORE-WYNN, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

Pamela Abbott-Brooker

Plaintiff- Pro Se-

v. CASE NUMBER: 6:26-cv-03437-MBB

Dallas County Sheriff's Department, et al

Donald M. Brown, et al The Honorable Judge Benton

Defendants

PLAINTIFF'S MOTION FOR LEAVE

TO CORRECT RECORD-, RENEW- & -AMEND PLAINTIFF'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION -TO STAY AUCTION-

Comes now, Pamela Abbott-Brooker, the Plaintiff, appearing Pro Se, respectfully moves this Court for leave to file and Correct Amended and renewed Motion for an Emergency Temporary Restraining Order (TRO) and Injunction, to halt the Auction of the disputed subject property located at 185 Corkery Road, Lebanon, Missouri. 65536

In support, Plaintiff states as follows:

1. On September 4, 2026, this Court denied Plaintiff's initial motion for emergency relief without prejudice.

2. Plaintiff requests leave to correct her statement that stated: "I own the land", due to a severe concussion, Plaintiff made a mistake, when she meant to state:" Plaintiff has equity in the subject property."

3. A denial without prejudice leaves the door open for the party to correct technical difficulties, clarify arguments, or present additional evidentiary documentation.

4. Plaintiff has corrected the formatting deficiencies and attached crucial, relevant evidentiary exhibits that address the Courts prior concerns and clearly demonstrate a substantial likelihood of success on the merits and immediate irreparable harm if the auction proceeds.

5. Granting this leave will serve the interests of justice and ensure this matter is decided on its true factual merits.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the attached Amended, corrected record, and Renewed Motion for an Emergency Temporary Restraining Order and Injunction.

Dated: September 10, 2026

Respectfully Submitted; Pamela Abbott-Brooker

Pamela Abbott-Brooker

Plaintiff -Pro Se-

General delivery, Marshfield, Missouri 65706

Telephone Number: (417) 322-4146 Email Address: cme2cequid@gmail.com

DECLARATION OF OATH

Pursuant to 28 U.S.C. $ 1746, I Pamela Abbott-Brooker, the Plaintiff declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and ability.

Executed on this 10 day, of September, 2026

Signed : Pamela Abbott-Brooker

Pamela Abbott-Brooker

General Delivery, Marshfield, Missouri 65706

Telephone Number: (417) 322-4146 Email Address: cme2cequid@gmail.com

CERTIFICATE OF SERVICE

I hereby certify, pursuant to federal rules of civil procedure 5 (d), that a true and correct copy of the foregoing was served upon the opposing parties electronically, via Email on this day of 10th September, 2026, by transmitting a complete

PDF copy of this Courthouse filing directly to the following designated legal contacts:

1. Counsel for the sellers: Donald M. Brown, attorney at law via bis email address: dhhlawfirm@gmail.com
2. Counsel for the County: Dallas County Sheriff's Department, civil division via administrative email at known email: rmyers@dcsomo.com and: records@dcsomo,com
3. Knights Auction Service,LLC. Email: sknight@resultsadv.com

Steve Knight, Registered Owner/ Agent. Or Legal / Administrative Department

130 W. Fremont Road, Lebanon, Missouri, 65536