IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

-SPRINGFIELD DIVISION-

RECEIVED
SEP 10 2026
PAIGE WYMORE-WINN, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

Pamela Abbott-Brooker

Plaintiff -Pro Se-

v. CASE NUMBER: 6:26-cv-03437-MBB

Dallas County sheriff's Department et al

Donald m. Brown, et al The Honorable Judge Benton

Defendants

PLAINTIFF'S INDEX OF EXHIBITS

IN SUPPORT OF AMENDED, CORRECTED AND RENEWED MOTION FOR TEMPORARY RESTRAINING ORDER AND INJUNCTION

EXHIBIT A: Land payment-original receipts from 2016

EXHIBIT B: Interest and Equity recorded - Dallas County

EXHIBIT C: [redacted] Omitted.

EXHIBIT D: "Sale Items" Plaintiff's property List W/ Sworn Declaration

EXHIBIT E: Arvest bank statements plaintiff paid Behind Exhibit A.

EXHIBIT F: Spoliation letter to Dallas County Sheriffs With certified + return receipt. July 21-2026

EXHIBIT G: ______________________

1,