IN the United STATES DISTRICT COURT
FOR the WESTERN DISTRICT of MISSOURI
~ Springfield Division ~

PAMELA ABBOTT-BROOKER
Plaintiff - pro se

V.

CASE NUMBER:
6:26-CV-03437-MBB

DALLAS COUNTY Sheriff's Department, et al
DONALD M. BROWN, et A
Defendants.

# Exhibit A.

PAMELA ABBOTT-BROOKER.

X Pamela Abbott-Brooker

September 14, 2026

Page 1 of 1

Exhibit A.

Screenshot_20260911-105310.png Download Full screen Print Save to

AT&T 10:53 5G

Fwd: (

Sent to Plaintiff

jeff... 10:09 AM

to me

To whom it may concern

The appeals court gives Knight Auction the authority to sell the property you describe. The trailer with your personal items may be picked up after you pay Knight Auction $400 for labor of loading the stock trailer.

Knight Auction Service

Yahoo Mail: Search, Organize, Conquer

PA

Reply Forward

99+