IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF MISSOURI

-SPRINGFIELD DIVISION-

Pamela Abbott-Brooker

Plaintiff-Pro Se- CASE NUMBER: 6:26-cv- 03437-MBB

v. The Honorable Judge Benton

Dallas County Sheriff's Department, et al

Donald m. Brown, et al

Defendants

AFFIDAVIT OF OATH FOR:

PLAINTIFF'S EMERGENCY SUPPLEMENTAL NOTICE AND MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMININARY INJUNCTION TO FREEZE TITLE AND TRANSFER.

I, Pamela Abbott-Brooker, appearing Pro Se, hereby give my Declaration of Oath:

Plaintiff, proceeding Pro Se, respectfully moves this Court under Federal Rule of Civil Procedure 65 for an Emergency Temporary Restraining Order (TRO) to halt

the transfer of real property title and protect personal property following an illegal auction that concluded today on September, 13, 2026.

1. On Sunday, September 13, 2026, Defendant Knight's Auction Service, LLC concluded bidding on Plaintiff's real property, purportedly selling it for $290,000.00.
2. This auction proceeded despite the fact that all parties-including Knight's Auction Service, LLC, the sellers, their attorney, and the Dallas County Sheriff-were under formal written notice of this active Federal Civil Rights lawsuit and a pending motion for a TRO.
3. Plaintiff has substantial vested equity in this property, having documented complete payment history from 2016 through 2025 with only one year remaining on the contract for deed.
4. On August 13, 2026, Plaintiff recorded a formal notice of Lis Pendens with the Dallas County Recorders Office, creating an active cloud on the title records.
5. Following the auction, Defendant Knight's Auction Service, LLC following the auction, Defendant Knight's Auction Service, LLC sent a written demand to plaintiff demanding an unauthorized payment of $400.00 as a "ransom" fee before allowing Plaintiff to retrieve her horse trailer and years of personal belongings trapped on the land. ( Exhibit A )

6. In that same communication, the auctioneer explicitly claimed that a state Appellate court gave him authorization to bypass this active Federal Court case, which Plaintiff asserts is a deliberate fraudulent misrepresentation intended to circumvent federal jurisdiction. (Exhibit A )

11. LAW AND AUTHORITIES MANDATING AN IMMEDIATE INTERVENTION

1. The Extrinsic Fraud Exception to Rooker-Feldman: While federal courts generally avoid interfering with state court judgements, intervention is legally required under the Extrinsic Fraud Doctrine where a state process was corrupted outside the courtroom. Defendants executed this scheme by stealing Plaintiff's mailbox to destroy federal mail service, purposefully depriving a 67-year-old litigant of constitutional due process notice, and executing an eviction through physical assault resulting in a severe, medically diagnosed concussion.

2. Irreparable Harm (Fed. R. Civ. P. 65): Real estate is legally recognized as unique. If Defendants are allowed to process the $290,000.00 transaction, accept buyer funds, and execute a deed transfer tomorrow, Plaintiff's decade of accumulated equity will be permanently destroyed before this court can rule on the active civil rights claims.

3. Violation of 42 U.S.C. $ 1983: The defendants, acting in concert with the Dallas County Sheriff under color of state law, have systematically deprived plaintiff of property and liberty without due process, in direct violation of the Fourteenth Amendment.

4. Civil Conversion and Extortion: Holding a litigant's unique personal property and horse trailer hostage for an unauthorized $400.00 cash labor fee constitutes civil conversion and ongoing bad faith, establishing an immediate necessity for an equitable status quo order.

111. PRAYER FOR RELIEF

Plaintiff respectfully request that this court immediately:

1. FREEZE THE TITLE and explicitly enjoin the Sellers and Knight's Auction Service from executing any deeds, transferring title, processing escrow funds, for finalizing the $290,000.00 auction sale;
2. PROTEECT THE PROPERTY by ordering all Defendants to immediately cease and desist from withholding, moving, or demanding cash ransom for Plaintiff's horse trailer and personal belongings; and
3. MAINTAIN THE STATUS QUO pending a formal preliminary injunction hearing.

Dated: September 14, 2026.

Respectfully submitted, Pamela Abbott-Brooker

Pamela Abbott-Brooker

General Delivery, Marshfield, Missouri, 65706

Telephone Number: (417) n322-4146 Email Address: cme2cequid@gmail.com

DECLARTION UNDER PENALTY OF PERJURY

I, Pamela Abbott-Brooker, declare under penalty of perjury under the laws of the United States of America that I am the Plaintiff in this action, that I have a severe concussion and am navigating this emergency pro se, and that the foregoing statements regarding the $290,000.00 auction closing on Sunday, September 13, 2026, and the $400.00 extortion demand by Knight's Auction Service are true and correct to the best of my knowledge, information, and belief.

Executed on September 14, 2026 Pamela Abbott-Brooker

CERTIFICATE OF SERVICE

I, Pamela Abbott-Brooker, a self-represented party, hereby certify on this 14th day of September, 2026, a true and correct copy of the foregoing Plaintiff's Emergency Motion and the supporting Sworn Declaration, and all attached exhibits were served upon the Defendants electronically, via Email on this day of September

14,2026 by transmitting a complete PDF copy of this Courthouse filing directly to the following designated legal contacts.

1. Counsel for the Sellers: Donald M.Brown, attorney at law via his email address : dhhlawfirm@gmail.com

2. Counsel for the County: Dallas County Sheriff's Department, civil division via administrative email at known email : rmyers@dcsomo.com and records@dcsomo.com

3. Knights Auction Service, llc. Email Address: jnite2@yahoo.com (Jeff Knight)

Executed on this 14 day of September, 2026 at Strafford Missouri Library.

Signed: Pamela Abbott-Brooker

Pamela Abbott-Brooker

General Delivery, Marshfield, Missouri ,65706

Telephone Number: ( 417) 322-4146 Email Address: cme2cequid@gmail.com