IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI-SPRINGFIELD DIVISION-

RECEIVED
OCT 05 2026
PAIGE WYMORE-WYNN, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

Pamela Abbott-Brooker

Plaintiff

v. CASE NUMBER: 6:26-cv-03437-MBB

Dallas County Sheriff's Department, et al

Donald m. Brown, et al

Defendants

DEPARTMENT OF JUSTICE CASE NUMBER: (DOJ) 829442-RCV

PLAINTIFF'S EMERGENCY NOTICE TO THE COURT OF RETALIATORY STATE CRIMINAL PROSECUTION

Comes now, Pamela Abbott-Brooker, appearing Pro Se, and formally alerts this Court to ongoing, immediate, and irreparable injury being perpetuated by the Defendants through retaliatory state criminal proceedings.

1. Plaintiff is currently facing two fraudulent state criminal charges. (Misdemeanor #1. Criminal Trespass in Dallas County) Case Number: 26DA-CROO285. Before Associate Circuit judge Lisa Henderson.
2. The next hearing in Dallas County, Missouri is scheduled for hearing tomorrow morning, October,6,2026 at 11:00 am.

3. On September 1,2026, the state prosecutor attempted to coerce the Plaintiff into a plea deal specifically designed to trigger the Heck v. Humphrey doctrine and destroy this active federal civil rights action.
4. This criminal prosecution is a direct bad-faith conspiracy and retaliation for the Plaintiff for filing these federal police brutality lawsuit and contacting the Department of Justice case report, case number:829442-RCV
5. Plaintiff files this Notice to preserve the federal record and requests that this Court exercise its authority to intervene or enjoin the state court from destroying the Plaintiff's federal constitutional claims.

Dated: October 6, 2026

Respectfully submitted: Pamela Abbott Brooker

Pamela Abbott-Brooker, Plaintiff, Pro Se

General Delivery, Marshfield, Missouri,65706

Telephone number: (417) 322-4146 Email Address: cme2cequid@gmail.com

DECLARATION OF OATH

PURSUANT TO 28 U.S.C $ 1746, I, Pamela Abbott-Brooker, the Plaintiff declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and ability

Executed on this 5th day of October,2026

Signed: *Pamela Abbott-Brooker* ____

Pamela Abbott-Brooker, Plaintiff, Pro Se

General Delivery, Marshfield, Missouri,65706

Telephone number: (417) 322-4146 Email Address: cme2cequid@gmail.com

CERTIFICATE OF SERVICE

I hereby certify, pursuant to federal rules of civil procedure 5 (d), that a true and correct copy of the foregoing was served upon the opposing parties electronically, via email on this day of October 5, 2026, by transmitting a complete PDF copy of this courthouse filing directly to the following designated legal contacts.

1. Counsel for the Sellers: Donald m. Brown, attorney at law via his email address: dhhlawfirm@gmail.com
2. Counsel for the county: Dallas County Sheriff's Department, civil division via administrative email at known email: records@dcsomo.com and rmyers@dcsomo.com

Signed: *Pamela Abbott-Brooker* ____

Pamela Abbott-Brooker, Plaintiff, Pro Se.

General Delivery, Marshfield, Missouri,65706

Telephone Number; (417) 322-4146

Email Address: cme2cequid@gmail.com