IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI-SPRINGFIELD DIVISION-

Pamela Abbott-Brooker

Plaintiff CASE NUMBER: 6;26-cv-03437-MBB

v. The Honorable Judge Benton

Dallas County Sheriff's Department, et al.

Donald M. Brown, et al.

Defendants

FILED OCT 20 2026
PAIGE WYMORE-WYNN, CLK
U.S. DISTRICT COURT
WEST DISTRICT
OF MISSOURI

PLAINTIFF'S MOTION FOR RECONSIDERATION OF APPOINTMENT OF COUNSEL DUE TO SEVERE MEDICAL AND LOGISTICAL HARDSHIP.

COMES Now, the Plaintiff, Pamela Abbott-Brooker, appearing Pro Se, and respectfully moves this Court to reconsider its prior denial of Plaintiff's request for appointed counsel.

1.In Support, Plaintiff States:

1.Plaintiff is a 67-year-old senior citizen proceeding in Forma Pauperis in this civil rights action.

2.While the Court previously denied counsel, material circumstances have significantly worsened, presenting extraordinary barriers to Plaintiff's access to justice.

3.Plaintiff is currently experiencing absolute homelessness, since July 6, 2026, living out of her truck on the streets following an unlawful eviction- default judgement- writ of possession, and has no financial resources.

4.Plaintiff is actively recovering from a severe concussion and physical and emotional trauma resulting from documented law enforcement brutality on July 8th and 9th, 2026, which severely impacts her cognitive stamina and ability to draft complex legal arguments. Plaintiff suffers from extreme anxiety, and ability to concentrate effectively, a symptom of "Severe concussion syndrome" as medically diagnosed.

5.This case involves a highly complex conspiracy spanning over two years. Between the Dallas County Sheriff's, judicial actors, opposing counsel, the sellers on the contract for deed and an auction service.

6.Proving these claims requires extensive discovery, depositions, and a mastery of Federal procedure that an unhoused, injured senior citizen cannot navigate alone.

7.Under 28 U.S.C. $ 1915 (e) (1), the exceptional circumstances of Plaintiff's medical limitations, lack of housing, and clear merit of her detailed transcripts demand the assistance of counsel to prevent a total miscarriage of justice.

WHEREFORE, Plaintiff respectfully requests that this Court reconsider its prior order and appoint volunteer counsel from the Western District Pro Bono panel to represent her.

Dated: October, 19,2026.

Respectfully Submitted: ______________________________

Pamela Abbott-Brooker

General Delivery, Marshfield, Missouri, 65706

Telephone number: (417) 322-4146 Email Address: cme2cequid@gmail.com

DECLARATION OF OATH

I, Pamela Abbott-Brooker, appearing Pro Se, hereby declare under penalty of perjury under the laws of the United States oof America, that all I state herein is true and correct to the best of my knowledge, information and belief.

Signed ______________________________

On this 19th, day of October, 2026

Pamela Abbott-Brooker

General Delivery, Marshfield, Missouri, 65706

Telephone Number: (417) 322-4146 Email Address: cme2cequid@gmail.com

CERTIFIATE OF SERVICE

I, Pamela Abbott-Brooker, appearing Pro Se, hereby certify that a true and correct copy of the foregoing was served upon following Defendants via electronic transmission to their Email Address on this 19th day of October, 2026.

1. Counsel for the County: Dallas County Sheriff's Department, civil division via administrative email at known email address: records@dcsomo.com and rmyers@dcsomo.com
2. Counsel for the Sellers: Donald M. Brown, attorney at law via his email address: dhhlawfirm@gmail.com

Pamela Abbott- Brooker

General Delivery, Marshfield, Missouri 65706

Telephone Number: (417) 322-4146  Email Address: cme2cequid@gmail.com